No. 543. ARTHUR RICH, *v.* MICHIGAN. Error to the Supreme Court of the State of Michigan. Argued November 22, 1927. Decided November 28, 1927. *Per Curiam.* Dismissed for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Messrs. Harry E. Kelly*

and *Thornton M. Pratt*, with whom *Messrs. Richard S. Doyle* and *Carl H. Zeiss* were on the brief, for plaintiff in error. *Messrs. Wm. W. Potter* and *Wilbur M. Brucker* were on the brief for defendant in error.